IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GERALDINE HUNTER-McLEOD,**           Plaintiff, | CIVIL ACTION |
| v. | |
| **DOLLAR GENERAL,**           Defendant. | NO.  13-3113 |

## O R D E R

**AND NOW**, this 16th day of September, 2014, upon consideration of Defendant's Motion in Limine to Exclude All Evidence of Subsequent Remedial Measures Contained in Surveillance Video (Document No. 20, filed June 9, 2014), Plaintiff's Response to Defendant's Motion in Limine to Exclude All Evidence of Subsequent Remedial Measures Contained in Surveillance Video (Document No. 25, filed June 16, 2014), Defendant's Motion in Limine to Preclude Plaintiff's Expert Vincent J. DiStefano, M.D., from Offering Certain Evidence at Trial (Document No. 21, filed June 9, 2014), and Plaintiff's Response to Defendant's Motion in Limine to Preclude Plaintiff's Expert Vincent J. DiStefano, M.D., from Offering Certain Evidence at Trial (Document No. 26, filed June 16, 2014). For the reasons set forth in the Memorandum dated September 16, 2014, **IT IS ORDERED** as follows:

1. Defendant's Motion in Limine to Exclude All Evidence of Subsequent Remedial Measures Contained in Surveillance Video (Document No. 20, filed June 9, 2014) is **GRANTED**.

2. Defendant's Motion in Limine to Preclude Plaintiff's Expert Vincent J. DiStefano, M.D., from Offering Certain Evidence at Trial (Document No. 21, filed June 9, 2014) is **GRANTED** with respect to that part of the Motion which seeks to preclude Dr. DiStefano's opinion that the accident in question "may have" aggravated the

degenerative arthritis of plaintiff's left hip and **DENIED** with respect to that part of the Motion which seeks to preclude Dr. DiStefano's testimony on the medical opinions of plaintiff's treating physicians, subject to defendant's right to object to any questions or other evidence deemed to be inadmissible.

3. These rulings are **WITHOUT PREJUDICE** to the parties' right to seek reconsideration if warranted by the evidence presented at trial or for any other appropriate reason.

        **BY THE COURT:**

        /s/ **Hon. Jan E. DuBois**

        **DuBOIS, JAN E., J.**